# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

MAGRO, et al.

Plaintiff(s)/Petitioner(s),

vs.

FREEPORT-MCMORAN INC., RICHARD C. ADKERSON, and KATHLEEN L. QUIRK,

Defendant(s)/Respondent(s)

CASE NO: 2:16-cv-00186-ESW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Patrick V. Dahlstrom, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff, Dean Magro.

**City and State of Principal Residence:** Chicago, Illinois
**Firm Name:** POMERANTZ LLP
**Address:** 10 South LaSalle    **Suite:** 3505
**City:** Chicago    **State:** IL    **Zip:** 60603
**Firm/Business Phone:** (312) 377-1181
**Firm Fax Phone:** (   )    **E-mail Address:** pdahlstrom@pomlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Please See Attached | | ☑ Yes   ☐ No* |
| | | ☑ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/27/2016

**Date**    **Signature of Applicant**

Fee Receipt #

(Rev. 04/12)

## Patrick V. Dahlstrom

| Jurisdiction | Admission Date |
|---|---|
| **State:** | |
| New York | 1988 |
| Illinois | August 31, 1999 |
| **Federal:** | |
| **District Courts:** | |
| Eastern District of New York | 1991 |
| Southern District of New York | November 28, 1991 |
| Northern District of Illinois | November 30, 1999 |
| Northern District of Indiana | 1999 |
| District of Colorado | 1999 |
| Western District of Pennsylvania | 2001 |
| Eastern District of Wisconsin | 2003 |
| **Appeals Courts:** | |
| Eighth Circuit Court of Appeals | 1999 |
| Fourth Circuit Court of Appeals | 2002 |
| Seventh Circuit Court of Appeals | 2002 |
| Sixth Circuit Court of Appeals | 2003 |
| Ninth Circuit Court of Appeals | 2007 |
| **United States Supreme Court** | 2007 |

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Patrick Vincent Dahlstrom

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Patrick Vincent Dahlstrom was duly admitted to practice in said Court on (11/30/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/27/2016)

Thomas G. Bruton, Clerk,

By: Amanda Scherer
Deputy Clerk