**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Dean Magro, et al.,

Plaintiffs,

v.

Freeport-McMoran Incorporated, et al.,

Defendants.

No. CV-16-00186-PHX-DJH

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed April 5, 2017, judgment of dismissal is entered consistent with the Order and this action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

April 5, 2017

By s/ L. Figueroa
Deputy Clerk